**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                   FAX (212) 964-2926

October 8, 2021

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

## MEMO ENDORSED

Re: United States v. Henler Datu Tahil
21 Cr. 592 (LTS)

Your Honor

     I write to request that the Court approve a modification in the conditions of Mr. Datu Tahil's two hundred and fifty thousand dollar bond ($250,000.00). The bond currently requires the signature of two financially responsible persons, surrender of his passport, pretrial supervision, with the usual travel restrictions. Mr. Datu Tahil has surrendered his passport and begun reporting to pretrial.

     Instead of two co-signers, the government, by Timothy Cappozzi, Esq, has agreed to one co-signer, Mr. Datu Tahil's wife who earns a significant salary, and additional security of ten thousand dollars ($10,000.00) cash to be deposited with the court.

     Therefore, I request that the Court approve that modification of Mr. Datu Tahil's bond which, if approved , we expect to have in place October 12, 2021 as is currently required.

                                               Respectfully,

                                               Lisa Scolari

                                               The above-requested bond modifications are
                                               granted.

                                               SO ORDERED.
                                               Dated: October 8, 2021
                                               /s/ Laura Taylor Swain, Chief U.S.D.J.