UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                           No. 21CR592-LTS

HENLER DATU TAHIL (7),

             Defendant(s).
-------------------------------------------------------------X

## ORDER

The sentencing scheduled for February 10, 2023, is rescheduled to **March 24, 2023 at 11:30 a.m.** in Courtroom 17C.

Dated: New York, New York
         December 13, 2022

                                                                  /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge