LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 13, 2023

Hon. Laura Taylor Swain
United States District Court
500 Pearl St.
New York, N.Y. 10007
via ECF

**MEMO ENDORSED**

Re: United States v. Henler Datu Tahil,
21 Cr. 592(LTS)

Your Honor:

    I write to request a six week extension of Henler Datu Tahil's surrender date which is currently set for June 15, 2023. As of this afternoon, Mr. Datu Tahil has yet to receive his designation letter and would like to surrender directly to the facility were he is expected to serve his time. I further ask that the Court select a date that is not a Friday.
    The government, by Timothy Capozzi, Esq., consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The foregoing request is granted. Mr. Datu Tahil's
surrender date is hereby extended to July 27, 2023.
He must surrender at the designated facility before
2:00 p.m.
DE#170 resolved.
SO ORDERED.
June 14, 2023
/s/ Laura Taylor Swain, Chief USDJ