**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

September 6, 2023

Hon. Laura Taylor Swain
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Henler Datu Tahil,
21 Cr. 592(LTS)

Your Honor:

    I write to request a four week extension of Henler Datu Tahil's surrender date which is currently set for tomorrow, September 7, 2023. I have just learned that as of yesterday, Mr. Datu Tahil had yet to receive his designation letter. We ask that he be permitted to surrender directly to the facility were he is expected to serve his time because it will be a camp, a much lower security facility than MDC, which would be his only option if his surrender date is not extended. I further ask that the Court select a date that is not a Friday.
    I am out of town on vacation and have not asked the government, by Timothy Capozzi, Esq., for his position, since I have had so little notice regarding the issue. As the designation is taking longer than usual both the government and I will investigate so that this will be the final extension request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The Court's understanding is that Mr. Datu Tahil has been designated, and that counsel has been informed of the designation. Therefore, the Court denies the foregoing request. DE#195 resolved. SO ORDERED. September 6, 2023.

/s/ Laura Taylor Swain, Chief USDJ