

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

February 4, 2025

**VIA ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *United States v. Henler Datu Tahil*
              21 Cr. 592 (LTS)

Dear Judge Swain:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Henler Datu Tahil in the Specific Property was ordered forfeited pursuant to an Amended Order of Forfeiture as to Specific Property/Money Judgement (Docket Entry 146) and no third-party claims have been filed within the statutory period.

    Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Department of Treasury can dispose of the Specific Property according to law.

              Respectfully submitted,

              DANIELLE R. SASSOON
              United States Attorney
              Southern District of New York

            By: _____/s/_____
              Timothy Capozzi
              Assistant United States Attorney
              Tel. (212) 637-2404

*Enclosure*

    The foregoing request is granted. The Final Order of Forfeiture will be filed contemporaneously with this memo endorsement. DE # 342 is resolved.
SO ORDERED.
2/4/2025
/s/ Laura Taylor Swain, Chief USDJ